People v White (2024 NY Slip Op 04658)

People v White

2024 NY Slip Op 04658

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, GREENWOOD, AND KEANE, JJ.

560 KA 23-00510

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
IONA E. WHITE, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

TODD G. MONAHAN, LITTLE FALLS, FOR DEFENDANT-APPELLANT. 
KRISTYNA S. MILLS, DISTRICT ATTORNEY, WATERTOWN (MORGAN R. MAYER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Jefferson County Court (David A. Renzi, J.), rendered September 19, 2022. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v White ([appeal No. 1] — AD3d — [Sept. 27, 2024] [4th Dept 2024]).
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court